of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration and decision of this application. *Mr. Eugene J. Morris* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Thomas E. Harris,* and *Newton K. Fox* for the United States. *Messrs. Harold L. Smith* and *John F. Caskey* filed a brief on behalf of the Mortgage Corporation of New York, as *amicus curiae,* in support of the petition.

No. 935. FIRST NATIONAL BANK OF TEMPLE *v.* CONTINENTAL CASUALTY Co. May 12, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walker Saulsbury* for petitioner. *Mr. Allen Wight* for respondent.

No. 936. WILLIAM DAVIES CO., INC. *v.* ILLINOIS EX REL. TOMAN, COUNTY TREASURER. May 12, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles M. Haft* for petitioner. *Messrs. Thomas J. Courtney, Barnet Hodes,* and *J. Herzl Segal* for respondent.

No. 937. EQUITABLE LIFE ASSURANCE SOCIETY *v.* MARSHALL, ADMINISTRATOR. May 12, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Ferris D. Stone, Cleveland Thurber,* and *William J. Shaw* for petitioner. *Mr. David I. Hubar* for respondent.

No. 940. UNITED STATES EX REL. JUMP ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR. May 12, 1941. Petition